## Commonwealth v. A Certain Gambling Device (Cowell, Appellant.)

Argued October 29, 1942.

Before Keller, P. J., Cunningham,

BALDRIGE, RHODES, HIRT and KENWORTHEY, JJ.

*Lemuel B. Schofield,* with him *Owen M. Burns* and *M. E. Graham,* for appellant.

*Burton R. Laub,* District Attorney, with him *D. J. McLaughlin,* Asst. District Attorney, for appellee.

OPINION BY KENWORTHEY, J., January 28, 1943:

The facts in this case are identical in all material respects with the facts in *Wigton's Return,* 151 Pa. Superior Ct. 337, and the cases were argued together.

The court below, largely on the basis of its interpretation of our decision in *Urban's Appeal,* 148 Pa. Superior Ct. 101, 24 A. (2d) 756, held the pin-ball machine here involved a device used for the purpose of gambling and declared it forfeit and directed it be destroyed.

What we have said in the Wigton Case demonstrates that we do not consider *Urban's Appeal* controlling and that there is insufficient evidence to sustain the finding.

The order is therefore reversed, costs to be paid by the Commonwealth.